June 29, 2012

Mr. Jon D. Brooks
Brooks LLP
400 Mann St., Suite 1001
Corpus Christi, TX 78401
Mr. Rene Rodriguez
Law Offices of Rene Rodriguez
433 S. Tancahua St.
Corpus Christi, TX 78401

RE: Case Number: 10-0750
 Court of Appeals Number: 13-09-00198-CV
 Trial Court Number: 08-62387-4

Style: ROBERT SUTHERLAND, JESUS DE LA GARZA AND SOUTHERN CUSTOMS PAINT
 AND BODY
 v.
 ROBERT KEITH SPENCER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Diana T. |
| |Barrera |
| |Ms. Dorian E. |
| |Ramirez |